06-21936.o2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21936-CIV-COOKE-BROWN

DR. DELANO BERRY,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES, a Florida corporation,
et al.,

    Defendants.
_____/

## ORDER DENYING MOTION TO STRIKE/DISMISS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**This matter** is before this Court on Plaintiff's Motion to Strike/Dismiss Defendant's Motion for Summary Judgment..., filed September 25, 2007. The Court has considered the motion, the response and all pertinent materials in the file.

In the first place, the discovery sought by plaintiff was the subject of other motions and orders which presumably resolved same. Secondly, if plaintiff needed additional discovery to respond to the motion for summary judgment, FRCP 56 provides for the remedy. It includes the filing of an affidavit, but does not include the instant motion to strike or dismiss.

To grant the relief sought herein would be to either extend the deadline for filing dispositive motions and/or to extend the discovery deadline, neither of which is appropriate relief from this Court and already implicitly ruled on by the District Judge.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
Counsel of record